ACCEPTED
15-25-00014-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/22/2025 10:43 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00014-CV

## In the Court of Appeals
## for the Fifteenth District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/22/2025 10:43:57 AM
CHRISTOPHER A. PRINE
Clerk

**Blackstone Holdings III LP,** *et al.,*

*Appellants,*

**v.**

**Primexx Energy Opportunity Fund LP,** *et al.,*

*Appellees.*

---

### Appeal from the Texas Business Court, First Division
Dallas County, Texas
Honorable Bill Whitehill

---

### FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

---

**SUSMAN GODFREY L.L.P.**

Stephen Shackelford, Jr.
State Bar No. 24062998 (TX)
sshackelford@susmangodfrey.com
1000 Louisiana Street, Ste 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Pro hac vice forthcoming*:

Marc M. Seltzer
mseltzer@susmangodfrey.com
Bryan Caforio
bcaforio@susmangodfrey.com
Lindsey Godfrey Eccles
leccles@susmangodfrey.com
Sarah Hannigan
shannigan@susmangodfrey.com

***Attorneys for Appellees***

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Primexx Energy Opportunity Fund LP and Primexx Energy Opportunity Fund II LP ("Appellees") file this first unopposed motion for a 30-day extension of time to file Appellees' Brief, with a new submission date of May 29, 2025.

On March 4, 2025, the Clerk granted Appellants' unopposed motion for a 30-day extension of time to file Appellants' Brief. Appellees request a commensurate extension, which Appellants do not oppose. Appellees require additional time given ongoing proceedings in the trial court in this action. This is Appellees' first request for an extension.

Appellees respectfully request that the Court grant its first unopposed motion for a 30-day extension of time to file Appellees' Brief, with a new submission date of May 29, 2025.

Dated: April 22, 2025

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ Stephen Shackelford, Jr.*
    Stephen Shackelford, Jr.
    State Bar No. 24062998 (TX)
    sshackelford@susmangodfrey.com

2

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Marc M. Seltzer
(*pro hac vice forthcoming*)
State Bar No. 54534 (CA)
mseltzer@susmangodfrey.com
Bryan Caforio
(*pro hac vice forthcoming*)
State Bar No. 261265 (CA)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Lindsey Godfrey Eccles
(*pro hac vice forthcoming*)
State Bar No. 33566 (WA)
leccles@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Sarah Hannigan
(*pro hac vice forthcoming*)
State Bar No. 5961248 (NY)
shannigan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330

Facsimile: (212) 336-8340

***Attorneys for Appellees***

## Certificate of Service

This is to certify that on April 22, 2025, a true and correct copy of the above and foregoing instrument was properly forwarded to counsel of record in accordance with Rule 21 of the Texas Rules of Civil Procedure.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.

## Certificate of Conference

Counsel for Appellees conferred with counsel for Appellants via e-mail on April 12, 2025 regarding this motion. Appellants do not oppose this motion.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Josephine Wang on behalf of Stephen Shackelford
Bar No. 24062998
jwang@susmangodfrey.com
Envelope ID: 99926273
Filing Code Description: Motion
Filing Description: Motion for Extension of time to file Appellees' Brief
Status as of 4/22/2025 11:14 AM CST

Associated Case Party: Blackstone Holdings III LP, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David S.Coale | | dcoale@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Christopher JSchwegmann | | cschwegmann@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Christopher W.Patton | | cpatton@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Kay Ridenour | | kridenour@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Kyle A.Gardner | | kgardner@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Jessica Cox | | jcox@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Gina Flores | | gflores@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |
| Julie Archuleta | | jarchuleta@lynnllp.com | 4/22/2025 10:43:57 AM | SENT |

Associated Case Party: Primexx Energy Opportunity Fund, LP., et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Shackelford | | SShackelford@susmangodfrey.com | 4/22/2025 10:43:57 AM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 4/22/2025 10:43:57 AM | SENT |
| Roger Cowie | | roger.cowie@troutman.com | 4/22/2025 10:43:57 AM | SENT |
| Taylor Levesque | | Taylor.Levesque@troutman.com | 4/22/2025 10:43:57 AM | SENT |
| Laura Brigham | | laura.brigham@kirkland.com | 4/22/2025 10:43:57 AM | SENT |
| Sarah Hannigan | | sHannigan@susmangodfrey.com | 4/22/2025 10:43:57 AM | SENT |
| Lindsey Eccles | | leccles@susmangodfrey.com | 4/22/2025 10:43:57 AM | SENT |
| Jeremy Fielding | | jeremy.fielding@kirkland.com | 4/22/2025 10:43:57 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Josephine Wang on behalf of Stephen Shackelford
Bar No. 24062998
jwang@susmangodfrey.com
Envelope ID: 99926273
Filing Code Description: Motion
Filing Description: Motion for Extension of time to file Appellees' Brief
Status as of 4/22/2025 11:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Theressa Washington | | theressa.washington@troutman.com | 4/22/2025 10:43:57 AM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 4/22/2025 10:43:57 AM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 4/22/2025 10:43:57 AM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 4/22/2025 10:43:57 AM | SENT |